MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JENNIFER GASPAR (CABN 266726)
Special Assistant United States Attorney
   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3680
   Fax: (510) 637-3724
   E-Mail: jennifer.gaspar@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ISMAEL ROBLEDO, ) <br>   a/k/a "Ismael Robledo, Jr." ) <br>   a/k/a "Ismael X. Robledo," ) <br> ) <br>    Defendant. ) <br> ) | No. CR 12-00139 YGR (LB) <br><br> [PROPOSED] ORDER DETAINING DEFENDANT PENDING TRIAL |

## DETENTION ORDER

Defendant Ismael Robledo is charged in a one-count Indictment with possession of a firearm and ammunition by a convicted felon in violation of 18 U.S.C. § 922(g)(1). At the defendant's February 15, 2012, initial appearance on the Complaint, the United States moved for detention pursuant to 18 U.S.C. § 3142(f)(1)(E), because the case involves a felony not otherwise a crime of violence that involves a the possession or use of a firearm or destructive device. The United States renewed its motion at the defendant's February 22, 2012, detention hearing and the March 7, 2012 initial appearance on the Indictment.

On February 22 and March 7, 2012, this Court heard argument in the United States'

motion to detain the defendant without bail pending trial. Defendant Robledo was present, in custody, and represented by counsel. The United States submitted documentary evidence and the parties proceeded by proffer. Following the hearing, and considering the parties' proffer, the evidence submitted by the United States, and the factors set forth in 18 U.S.C. § 3142(g), the Court finds by clear and convincing evidence that no condition or combination of conditions will ensure the defendant's appearance and the safety of the community.

Specifically, the Court notes the defendant's conduct in the instant offense, past criminal conduct, and history of controlled substance abuse, as documented in the Pretrial Services report and as demonstrated in the evidence presented by the government. The United States presented evidence of the defendant's presence at a August 29, 2011, assault and battery of a victim. Additionally, the government's evidence and the Pretrial Services report demonstrated the defendant's continuing use of methamphetamine. The Pretrial Services report also listed the Defendant's criminal history, including a conviction for flight from a police officer.

The defendant is presently in federal custody. The Court, therefore, orders that the defendant remain in detention pending trial. At the February 15 and March 7, 2012, hearings, the defendant was advised of his rights, including his right to present evidence under section 3142(f). The defendant reserved his right to present information at a future bail hearing should his circumstances change.

## CONCLUSION

The Court detains the defendant because no condition or combination of conditions will reasonably ensure the defendant's appearance and the safety of any other person and the community.

The Court orders that the defendant be committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. *See* 18 U.S.C. § 3142(i)(2). The defendant must be afforded a reasonable opportunity to consult privately with counsel. *See id.* § 3142(i)(3). On order of a court of the United States or on request of an attorney for the United States, the person in charge of the corrections facility must

1 | deliver the defendant to the United States Marshal for a court appearance. *See id.* § 3142(i)(4).
2 |     IT IS SO ORDERED.
3 |
4 |
5 | DATED: March 8, 2012
6 |                       LAUREL BEELER
                      United States Magistrate Judge